AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ22-5291 | 12/14/22 8:10AM | LEFT INSIDE RESIDENCE |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

1. UNIHERTZ BLACKBERRY STYLE CELL PHONE
2. GOLD BLACKBERRY PHONE
3. WHITE SAMSUNG TABLET
4. BLACK SONY TABLET
5. MAIL - OFFICIAL BALLOT (INDICT?)

_____ FILED _____ LODGED
_____ RECEIVED
Dec 15, 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/15/22

*Executing officer's signature*

BENJAMIN LONG  FBI SA
*Printed name and title*

*JRC Received 12/15/2022*